1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                                          No. C 12-80253 WHA

10   IN THE MATTER OF

11   David Kagel – #058961                            **ORDER OF SUSPENSION**

12   _____/

13

14          Because David Kagel has failed to respond to the order to show cause, Mr. Kagel's

15   membership in the bar of this Court is hereby suspended.

16

17          **IT IS SO ORDERED.**

18

19   Dated:   November 8, 2012.

                                               _____
20                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

*(left margin)* **United States District Court** For the Northern District of California