IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Kagel – #058961

_____/

No. C 12-80253 WHA

**ORDER OF SUSPENSION**

    Because David Kagel has failed to respond to the order to show cause, Mr. Kagel's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE